# United States Bankruptcy Court
## Southern District of Florida

In re **Alfredo Hernandez**                                                                        Case No.
                                    Debtor(s)                                                     Chapter   **7**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☐   Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐   Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

■   Copies of all payment advices **are not** attached because the debtor:
    ☐   receives disability payments
    ☐   is unemployed and does not receive unemployment compensation
    ☐   receives Social Security payments
    ☐   receives a pension
    ☐   does not work outside the home
    ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
    Explain: _____

**Joint Debtor (if applicable):**

☐   Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐   Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐   Copies of payment advices **are not** attached because the joint debtor:
    ☐   receives disability payments
    ☐   is unemployed and does not receive unemployment compensation
    ☐   receives Social Security payments
    ☐   receives a pension
    ☐   does not work outside the home
    ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
    Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

**/s/ Alfredo Hernandez**                                                                Date:    **August 21, 2017**
**Alfredo Hernandez**
Signature of Attorney or Debtor

# BOARD OF COUNTY COMMISSIONERS    MIAMI-DADE COUNTY    MIAMI, FLORIDA.

DEPT-DIV-LOC: 090-05-008

THIS STATEMENT REPRESENTS THE AMOUNT DUE YOU FOR SERVICES PERFORMED AS SHOWN BY PAYROLL ON FILE IN THE CLERK'S OFFICE.

EMP. ID# e160627    INDEX: LBSSVCS    REF. NUMBER: 9378439    PAY DATE: 08/18/2017

NAME: HERNANDEZ, ALFREDO    HOURLY RATE: 24.15000    PERIOD ENDING: 08/13/2017

PAY EXCEPTIONS: 07 4C

PAY KIND: REGULAR PAY    PAY ANNIV DATE: 11/10/2014    STATUS DATE: 11/22/2004

REGULAR HOURS: 80.000    REGULAR PAY: 1,932.00    OVERTIME HOURS: 0.000    OVERTIME PAY: 0.00

| MONEY ADJUSTMENT DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| RETRO O/T | 0.00 | 144.90 | METROP LIF | 0.00 | 0.00 | | | |
| TOOL ALLOW | 0.00 | 371.18 | AVMSL PRE | 0.00 | 0.00 | | | |
| FLEX CREDI | 43.46 | 738.82 | METOPT (3X | 32.55 | 553.35 | | | |
| | | | DELTAPPO P | 23.89 | 393.13 | | | |
| | | | METLF PRE | 3.83 | 65.11 | | | |
| | | | LTD LOW OP | 6.40 | 108.80 | | | |
| | | | PPD LEGAL | 9.34 | 158.78 | | | |
| | | | GEN'L DUES | 22.00 | 360.38 | | | |

| | | | | | | DED SUBTOTALS | 98.01 | 1,639.55 |
| | | | | | | DIR DEP FIX AMT | 0.00 | 0.00 |
| | | | | | | DED TOTALS | 98.01 | 1,639.55 |

## LEAVE INFORMATION

| | | SPECIAL SICK LEAVE | | RETIREMENT | |
|---|---|---|---|---|---|
| | BEGIN BAL | EARNED | USED | CURRENT BAL | |
| LONGEVITY YR 12 | PAY PERIOD 20 | ADDL AMT | | RETIREMENT KIND | |
| | | 0.00 | | 0.000 | |
| MIL. ACTIVE 00 | EXCESS ANNL 0.000 | ANNL | 236.500 | 61.000 | 243.000 | 54.500 |
| MIL. RESERVE 00 | EXCESS SICK 0.000 | SICK | 431.260 | 74.000 | 16.000 | 489.260 |
| BIRTHDAY HOL U | SICK EMERG 0.000 | HOL | 0.000 | 0.000 | 0.000 | 0.000 |
| FLOATING HOL U | FUNRL EMERG 0.000 | COMP | 0.000 | 0.000 | 0.000 | 0.000 |

| IMPUTED INCOME DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | MARITAL STATUS M | TAX EXEMPT 01 | TAXES | | | |
|---|---|---|---|---|---|---|---|---|
| LIFE INSUR | 0.07 | 1.19 | WITH CURRENT TAX | 174.31 | WITH YTD TAX | 3,079.10 | EE% 3.00 | ER% 7.92 |
| | | | FICA CURRENT TAX | 120.76 | FICA YTD TAX | 2,085.83 | EE RET CONTRB | 57.96 |
| | | | MICA CURRENT TAX | 28.24 | MICA YTD TAX | 487.82 | ER RET CONTRB | 153.01 |

| MONEY ADJ TOTALS | 43.46 | 1,254.90 | REGULAR | + | OVERTIME | + | MONEY ADJ. | – | DEDS + EE RET | – | TAXES | = | NET PAY DIR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPUTED TOTALS | 0.07 | 1.19 | 1,932.00 | | 0.00 | | 43.46 | | 155.97 | | 323.31 | | 13 |
| | | | GROSS PAY | | | | GROSS TO NET | 1,975.46 | | | YTD GROSS PAY | | 1,496.18 / 34,098.90 |



**Mission Statement: "Delivering excellent public services that address our community's needs and enhance our quality of life"**
8/26 SUMMER CABARET CONCERT AT DEERING ESTATE WWW.DEERINGESTATE.ORG
REPORT FRAUD, WASTE AND ABUSE TO THE INSPECTOR GENERAL 305-579-2593

Please consider the environment before printing your paystub

# BOARD OF COUNTY COMMISSIONERS — MIAMI-DADE COUNTY MIAMI, FLORIDA.

DEPT-DIV-LOC: 090-05-008

THIS STATEMENT REPRESENTS THE AMOUNT DUE YOU FOR SERVICES PERFORMED AS SHOWN BY PAYROLL ON FILE IN THE CLERK'S OFFICE.

EMP. ID#: e160627
INDEX: LBSSVCS
REF. NUMBER: 9350153
PAY DATE: 08/04/2017

NAME: HERNANDEZ, ALFREDO
HOURLY RATE: 24.15000
PERIOD ENDING: 07/30/2017

PAY EXCEPTIONS: 07 4C

PAY KIND: REGULAR PAY
PAY ANNIV DATE: 11/10/2014
STATUS DATE: 11/22/2004

REGULAR HOURS: 80.000
REGULAR PAY: 1,932.00
OVERTIME HOURS: 0.000
OVERTIME PAY: 0.00

| MONEY ADJUSTMENT DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| RETRO O/T | 0.00 | 144.90 | METROP LIF | 0.00 | 0.00 | | | |
| TOOL ALLOW | 0.00 | 371.18 | AVMSL PRE | 0.00 | 0.00 | | | |
| FLEX CREDI | 43.46 | 695.36 | METOPT (3X | 32.55 | 520.80 | | | |
| | | | DELTAPPO P | 23.89 | 369.24 | | | |
| | | | METLF PRE | 3.83 | 61.28 | | | |
| | | | LTD LOW OP | 6.40 | 102.40 | | | |
| | | | PPD LEGAL | 9.34 | 149.44 | | | |
| | | | GEN'L DUES | 22.00 | 338.38 | | | |

LEAVE INFORMATION

| | | | | | SPECIAL SICK LEAVE | | | |
|---|---|---|---|---|---|---|---|---|
| LONGEVITY YR | 12 | PAY PERIOD | 19 | BEGIN BAL | + | EARNED | – | USED = CURRENT BAL |
| MIL. ACTIVE | 00 | EXCESS ANNL | 0.000 | ANNL | 236.500 | 58.000 | 233.000 | 61.600 |
| MIL. RESERVE | 00 | EXCESS SICK | 0.000 | SICK | 431.260 | 70.000 | 16.000 | 485.260 |
| BIRTHDAY HOL | U | SICK EMERG | 0.000 | HOL | 0.000 | 0.000 | 0.000 | 0.000 |
| FLOATING HOL | U | FUNRL EMERG | 0.000 | COMP | 0.000 | 0.000 | 0.000 | 0.000 |

| | DED SUBTOTALS | 98.01 | 1,541.54 |
|---|---|---|---|
| | DIR DEP FIX AMT | 0.00 | 0.00 |
| | DED TOTALS | 98.01 | 1,541.54 |

| MONEY ADJ TOTALS | 43.46 | 1,211.44 | | | | RETIREMENT | | |
|---|---|---|---|---|---|---|---|---|
| IMPUTED INCOME DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | MARITAL STATUS | M | TAX EXMPT | 01 | ADDL AMT | 0.00 | RETIREMENT KIND | 13 |
| | | | WITH CURRENT TAX | 174.31 | WITH YTD TAX | 2,904.79 | EE% | 3.00 | ER% | 7.92 |
| LIFE INSUR | 0.07 | 1.12 | FICA CURRENT TAX | 120.76 | FICA YTD TAX | 1,965.07 | EE RET CONTRB | 57.96 |
| | | | MCA CURRENT TAX | 28.24 | MCA YTD TAX | 459.58 | ER RET CONTRB | 153.01 |

| | REGULAR | + | OVERTIME | + | MONEY ADJ. | − | DEDS + EE RET | − | TAXES | = | NET PAY DIR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1,932.00 | | 0.00 | | 43.46 | | 155.97 | | 323.31 | | 1,496.18 |

| IMPUTED TOTALS | 0.07 | 1.12 | GROSS PAY | | TAXES | GROSS TO NET | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 1,976.46 | | YTD GROSS PAY | | | | 32,123.44 |

Mission Statement: "Delivering excellent public services that address our community's needs and enhance our quality of life"
REPORT FRAUD, WASTE AND ABUSE TO THE INSPECTOR GENERAL 305-579-2593

Please consider the environment before printing your paystub

# BOARD OF COUNTY COMMISSIONERS          MIAMI-DADE COUNTY MIAMI, FLORIDA.

DEPT-DIV-LOC: 090-05-008

THIS STATEMENT REPRESENTS THE AMOUNT DUE YOU FOR SERVICES PERFORMED AS SHOWN BY PAYROLL ON FILE IN THE CLERK'S OFFICE.

EMP. ID#: e160627    INDEX: LBSSVCS    REF. NUMBER: 9320831    PAY DATE: 07/21/2017
NAME: HERNANDEZ, ALFREDO    HOURLY RATE: 24.15000    PERIOD ENDING: 07/16/2017
PAY EXCEPTIONS: 07 4C
PAY KIND: REGULAR PAY    PAY ANNIV DATE: 11/10/2014    STATUS DATE: 11/22/2004
REGULAR HOURS: 80.000    REGULAR PAY: 1,932.00    OVERTIME HOURS: 0.000    OVERTIME PAY: 0.00

| MONEY ADJUSTMENT DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| RETRO O/T | 0.00 | 144.90 | METROP LIF | 0.00 | 0.00 | | | |
| TOOL ALLOW | 0.00 | 371.18 | AV/MSL PRE | 0.00 | 0.00 | | | |
| FLEX CREDI | 43.46 | 651.90 | METOPT(3X | 32.55 | 488.25 | | | |
| | | | DELTAPPO P | 23.89 | 345.35 | | | |
| | | | METLF PRE | 3.83 | 57.45 | | | |
| | | | LTD LOW OP | 6.40 | 96.00 | | | |
| | | | PPD LEGAL | 9.34 | 140.10 | | | |
| | | | GEN'L DUES | 22.00 | 316.38 | | | |

### LEAVE INFORMATION

| | | | SPECIAL SICK LEAVE | | | RETIREMENT | | |
|---|---|---|---|---|---|---|---|---|
| LONGEVITY YR | 12 | PAY PERIOD | 18 | BEGIN BAL | + | EARNED | − | USED | = | CURRENT BAL |
| MIL. ACTIVE | 00 | EXCESS ANNL | 0.000 | ANNL | 236.500 | 55.000 | | 217.000 | | 74.500 |
| MIL. RESERVE | 00 | EXCESS SICK | 0.000 | SICK | 431.260 | 66.000 | | 16.000 | | 481.260 |
| BIRTHDAY HOL | U | SICK EMERG | 0.000 | HOL | 0.000 | 0.000 | | 0.000 | | 0.000 |
| FLOATING HOL | U | FUNRL EMERG | 0.000 | COMP | 0.000 | 0.000 | | 0.000 | | 0.000 |

| | | | DED SUBTOTALS | 98.01 | 1,443.53 |
|---|---|---|---|---|---|
| | | | DIR DEP FIX AMT | 0.00 | 0.00 |
| | | | DED TOTALS | 98.01 | 1,443.53 |

| MONEY ADJ TOTALS | 43.46 | 1,167.98 | | | | | | |

| IMPUTED INCOME DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | MARTIAL STATUS | M | TAX EXMPT | 01 | ADDL AMT | 0.00 | RETIREMENT KIND | 13 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | WITH CURRENT TAX | 174.31 | WITH YTD TAX | 2,730.48 | ER% | 3.00 | ER% | 7.92 |
| LIFE INSUR | 0.07 | 1.05 | FICA CURRENT TAX | 120.76 | FICA YTD TAX | 1,844.31 | ER RET CONTRB | | 57.96 |
| | | | MICA CURRENT TAX | 28.24 | MICA YTD TAX | 431.34 | ER RET CONTRB | | 153.01 |

| IMPUTED TOTALS | 0.07 | 1.05 | REGULAR | + | OVERTIME | + | MONEY ADJ. | − | DEDS | + | ER RET | − | TAXES | = | NET PAY DIR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1,932.00 | | 0.00 | | 43.46 | | 1,975.46 | | 156.97 | | 323.31 | | 1,496.18 |
| | | | GROSS PAY | | | | GROSS TO NET | | | | YTD GROSS PAY | | | | 30,147.98 |

Mission Statement: "Delivering excellent public services that address our community's needs and enhance our quality of life"
REPORT FRAUD, WASTE AND ABUSE TO THE INSPECTOR GENERAL 305-579-2593

Please consider the environment before printing your paystub

# BOARD OF COUNTY COMMISSIONERS — MIAMI-DADE COUNTY MIAMI, FLORIDA.

DEPT-DIV-LOC: 090-05-008

THIS STATEMENT REPRESENTS THE AMOUNT DUE YOU FOR SERVICES PERFORMED AS SHOWN BY PAYROLL ON FILE IN THE CLERK'S OFFICE.

EMP. ID# e160627  
NAME: HERNANDEZ, ALFREDO  
PAY EXCEPTIONS: 07 4C  
PAY KIND: REGULAR PAY  

INDEX: LBSSVCS  
REF. NUMBER: 9292606  
HOURLY RATE: 24.15000  

PAY DATE: 07/07/2017  
PERIOD ENDING: 07/02/2017  
STATUS DATE: 11/22/2004  
PAY ANNIV DATE: 11/10/2014  

REGULAR HOURS: 80.000   REGULAR PAY: 1,932.00   OVERTIME HOURS: 0.000   OVERTIME PAY: 0.00

| MONEY ADJUSTMENT DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| RETRO O/T | 144.90 | 144.90 | METROP LIF | 0.00 | 0.00 | | | |
| TOOL ALLOW | 0.00 | 371.18 | AVMSL PRE | 0.00 | 0.00 | | | |
| FLEX CREDI | 43.46 | 608.44 | METOPT (3X | 32.55 | 455.70 | | | |
| | | | DELTAPPO P | 23.89 | 321.46 | | | |
| | | | METLF PRE | 3.83 | 53.62 | | | |
| | | | LTD LOW OP | 6.40 | 89.60 | | | |
| | | | PPD LEGAL | 9.34 | 130.76 | | | |
| | | | GEN'L DUES | 22.00 | 294.38 | | | |

### LEAVE INFORMATION

| | PAY PERIOD 17 | BEGIN BAL | EARNED | − | USED | = | CURRENT BAL |
|---|---|---|---|---|---|---|---|
| LONGEVITY YR 12 | | | | | | | |
| MIL. ACTIVE 00 | EXCESS ANNL | 0.000 | ANNL | 236.500 | 52.000 | | 0.000 |
| MIL. RESERVE 00 | EXCESS SICK | 0.000 | SICK | 431.250 | 63.000 | | 82.500 |
| BIRTHDAY HOL U | SICK EMERG | 0.000 | HOL | 0.000 | 16.000 | | 478.250 |
| FLOATING HOL U | FUNRL EMERG | 0.000 | COMP | 0.000 | 0.000 | | 0.000 |
| | | | DED SUBTOTALS | | 98.01 | | 1,346.62 |
| | | | DIR DEP FIX AMT | | 0.00 | | 0.00 |
| | | | DED TOTALS | | 98.01 | | 1,346.52 |

| MONEY ADJ TOTALS | 188.36 | 1,124.52 | | | | | | |

| IMPUTED INCOME DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | MARITAL STATUS M | PAY EXEMPT 01 | ADDL AMT | | RETIREMENT KIND | RETIREMENT |
|---|---|---|---|---|---|---|---|---|
| | | | WITH CURRENT TAX | 195.39 | WITH YTD TAX | 2,556.17 | ER% 3.00 | ER% |
| LIFE INSUR | 0.07 | 0.98 | FICA CURRENT TAX | 129.75 | FICA YTD TAX | 1,723.56 | EE RET CONTRB | |
| | | | MICA CURRENT TAX | 30.34 | MICA YTD TAX | 403.10 | ER RET CONTRB | |

| IMPUTED TOTALS | 0.07 | 0.98 | REGULAR + OVERTIME + MONEY ADJ. − DEDS + EE RET − TAXES = NET PAY DIR | | | | | 13 |
| | | | 1,932.00 | 0.00 | 188.36 | 160.32 | 356.48 | |
| | | | GROSS PAY | | GROSS TO NET | | | |
| | | | 2,120.36 | | 188.36 | | | 1,604.56 |
| | | | | | YTD GROSS PAY | | | 28,172.62 |
| | | | | | | | | 82.500 |
| | | | | | | | | 7.92 |
| | | | | | | | | 62.31 |
| | | | | | | | | 163.91 |

Mission Statement: "Delivering excellent public services that address our community's needs and enhance our quality of life"  
7/16 $1 ADMISSION TO THE DEERING ESTATE WWW.DEERINGESTATE.ORG  
REPORT FRAUD, WASTE AND ABUSE TO THE INSPECTOR GENERAL 305-579-2593

Please consider the environment before printing your paystub

# BOARD OF COUNTY COMMISSIONERS  MIAMI-DADE COUNTY MIAMI, FLORIDA.

DEPT-DIV-LOC: 090-05-008

THIS STATEMENT REPRESENTS THE AMOUNT DUE YOU FOR SERVICES PERFORMED AS SHOWN BY PAYROLL ON FILE IN THE CLERK'S OFFICE.

EMP. ID# e160627  INDEX: LBSSVCS  REF. NUMBER: 9263380  PAY DATE: 06/23/2017

NAME: HERNANDEZ, ALFREDO  HOURLY RATE: 24.15000  PERIOD ENDING: 06/18/2017

PAY EXCEPTIONS: 07 4C

PAY KIND: REGULAR PAY  PAY ANNIV DATE: 11/10/2014  STATUS DATE: 11/22/2004

REGULAR HOURS: 80.000  REGULAR PAY: 1,932.00  OVERTIME HOURS: 0.000  OVERTIME PAY: 0.00

| MONEY ADJUSTMENT DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TOOL ALLOW | 0.00 | 371.18 | METROP LIF | 0.00 | 0.00 | | | |
| FLEX CREDI | 43.46 | 564.98 | AVMSL PRE | 0.00 | 0.00 | | | |
| | | | METOPT (3X | 32.55 | 423.15 | | | |
| | | | DELTDENT P | 22.89 | 297.57 | | | |
| | | | METLF PRE | 3.83 | 49.79 | | | |
| | | | LTD LOW OP | 6.40 | 83.20 | | | |
| | | | PPD LEGAL | 9.34 | 121.42 | | | |
| | | | GEN'L DUES | 22.00 | 272.38 | | | |

| LONGEVITY YR | 12 | PAY PERIOD | 16 | | LEAVE INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| MIL. ACTIVE | 00 | EXCESS ANNL | 0.00 | ANNL | BEGIN BAL | + | EARNED | - | USED | = | CURRENT BAL |
| MIL. RESERVE | 00 | EXCESS SICK | 0.000 | SICK | 236.500 | | 49.000 | | 198.000 | | 87.500 |
| BIRTHDAY HOL | U | SICK EMERG | 0.000 | HOL | 431.250 | | 59.000 | | 16.000 | | 474.250 |
| FLOATING HOL | U | FUNRL EMERG | 0.000 | COMP | 0.000 | | 0.000 | | 0.000 | | 0.000 |

| | SPECIAL SICK LEAVE | | | | RETIREMENT KIND | | | |
|---|---|---|---|---|---|---|---|---|
| | DED SUBTOTALS | | 97.01 | 1,247.51 | | | | 13 |
| | DIR DEP FIX AMT | | 0.00 | 0.00 | | | | |
| | DED TOTALS | | 97.01 | 1,247.51 | | | | |

| MONEY ADJ TOTALS | 43.46 | 936.16 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IMPUTED INCOME DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | MARITAL STATUS | M | TAX EXEMPT | 01 | ADDL AMT | 0.00 | RETIREMENT EE% | 3.00 | ER% | RETIREMENT |
| | | | WITH CURRENT TAX | 174.46 | WITH YTD TAX | 2,360.78 | EE RET CONTRB | 16.000 | ER RET CONTRB | 7.52 |
| | | | FICA CURRENT TAX | 120.83 | FICA YTD TAX | 1,593.80 | | | 57.96 |
| LIFE INSUR | 0.07 | 0.91 | MICA CURRENT TAX | 28.26 | MICA YTD TAX | 372.76 | | | 145.29 |

| REGULAR | + | OVERTIME | + | MONEY ADJ. | - | DEDS + EE RET | - | TAXES | = | NET PAY DIR |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,932.00 | | 0.00 | | 43.46 | | 154.97 | | 323.55 | | 1,496.94 |
| GROSS PAY | | | | GROSS TO NET | | | | YTD GROSS PAY |
| 1,976.46 | | | | | | | | 26,052.16 |

| IMPUTED TOTALS | 0.07 | 0.91 | | | | | | |

Mission Statement: "Delivering excellent public services that address our community's needs and enhance our quality of life"
REPORT FRAUD, WASTE AND ABUSE TO THE INSPECTOR GENERAL 305-579-2593

Please consider the environment before printing your paystub

# BOARD OF COUNTY COMMISSIONERS    MIAMI-DADE COUNTY MIAMI, FLORIDA.

DEPT-DIV-LOC: 090-05-008

THIS STATEMENT REPRESENTS THE AMOUNT DUE YOU FOR SERVICES PERFORMED AS SHOWN BY PAYROLL ON FILE IN THE CLERK'S OFFICE.

EMP. ID# e160627    INDEX: LBSSVCS    REF. NUMBER: 9234906    PAY DATE: 06/09/2017

NAME: HERNANDEZ, ALFREDO    HOURLY RATE: 24.15000    PERIOD ENDING: 06/04/2017

PAY EXCEPTIONS: 07 4C

PAY KIND: REGULAR PAY    PAY ANNIV DATE: 11/10/2014    STATUS DATE: 11/22/2004

REGULAR HOURS: 80.000    REGULAR PAY: 1,932.00    OVERTIME HOURS: 0.000    OVERTIME PAY: 0.00

| MONEY ADJUSTMENT DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | DEDUCTION DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TOOL ALLOW | 0.00 | 371.18 | METROP LIF | 0.00 | 0.00 | | | |
| FLEX CREDI | 43.46 | 521.52 | AVMSL PRE | 0.00 | 0.00 | | | |
| | | | METOPT (3X | 32.55 | 390.60 | | | |
| | | | DELTDENT P | 22.89 | 274.68 | | | |
| | | | METLF PRE | 3.83 | 45.96 | | | |
| | | | LTD LOW OP | 6.40 | 76.80 | | | |
| | | | PPD LEGAL | 9.34 | 112.08 | | | |
| | | | GEN'L DUES | 22.00 | 250.38 | | | |

| | | | LEAVE INFORMATION | | | | | |
|---|---|---|---|---|---|---|---|---|
| LONGEVITY YR | 12 | PAY PERIOD | 15 | | SPECIAL SICK LEAVE | | | |
| | | | | BEGIN BAL | + EARNED | − USED | = CURRENT BAL | |
| MIL. ACTIVE | 00 | EXCESS ANNL | 0.000 | ANNL | 236.500 | 46.000 | 190.000 | 92.500 |
| MIL. RESERVE | 00 | EXCESS SICK | 0.000 | SICK | 431.250 | 55.000 | 16.000 | 470.250 |
| BIRTHDAY HOL | U | SICK EMERG | 0.000 | HOL | 0.000 | 0.000 | 0.000 | 0.000 |
| FLOATING HOL | U | FUNRL EMERG | 0.000 | COMP | 0.000 | 0.000 | 0.000 | 0.000 |
| | | | | DED SUBTOTALS | | 97.01 | | 1,150.50 |
| | | | | DIR DEP FIX AMT | | 0.00 | | 0.00 |
| | | | | DED TOTALS | | 97.01 | | 1,150.50 |

| IMPUTED INCOME DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE AMOUNT | MARITAL STATUS | M | TAX EXEMPT | 01 | ADDL AMT | | RETIREMENT KIND | RETIREMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| LIFE INSUR | 0.07 | 0.84 | WITH CURRENT TAX | | 174.46 | | WITH YTD TAX | 2,186.32 | EE% | 3.00 ER% | ER8 13 |
| | | | FICA CURRENT TAX | | 120.83 | | FICA YTD TAX | 1,477.97 | EE RET CONTRB | 57.96 |
| | | | MICA CURRENT TAX | | 28.26 | | MICA YTD TAX | 344.50 | ER RET CONTRB | 145.29 |
| MONEY ADJ TOTALS | 43.46 | 892.70 | REGULAR | + OVERTIME | + MONEY ADJ. | − DEDS | + ER RET | − TAXES | = NET PAY DIR |
| IMPUTED TOTALS | 0.07 | 0.84 | 1,932.00 | 0.00 | 43.46 | | 154.97 | | 323.55 | 1,496.94 |
| | | | GROSS PAY | | GROSS TO NET | | YTD GROSS PAY | | 24,076.70 | |
| | | | 1,932.00 | | 1,975.46 | | | | | |



Mission Statement: "Delivering excellent public services that address our community's needs and enhance our quality of life"
6/17 SUMMER CABARET CONCERT AT DEERING ESTATE WWW.DEERINGESTATE.ORG
REPORT FRAUD, WASTE AND ABUSE TO THE INSPECTOR GENERAL 305-579-2593

Please consider the environment before printing your paystub