## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

IN RE:                                                              CASE NO. 17-20568-RAM
                                                                                                                                 CHAPTER 7

**ALFREDO HERNANDEZ,**

    Debtor(s).

_____/

## NOTICE OF APPEARANCE AS COUNSEL

AVENTURA BEACH CLUB CONDOMINIUM ASSOCIATION, INC., a Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

MICHAEL S. FELDMAN, ESQ.
SHIR LAW GROUP, P.A.
1800 N.W. CORPORATE BOULEVARD, SUITE 200
BOCA RATON, FLORIDA 33431

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) to the U.S. Trustee, Chapter 7 Trustee, and all Counsels of record and United States first class mail postage prepaid to the attached Mailing List this 30th day of August, 2017.

                                                            /s/Michael S. Feldman
                                                            MICHAEL S. FELDMAN, ESQ.
                                                            FBN: 553891
                                                            Shir Law Group, P.A.
                                                            1800 N.W. Corporate Boulevard, Ste 200
                                                            Boca Raton, Florida 33431
                                                            (561) 999-5999
                                                            mfeldman@shirlawgroup.com

<u>Mailing List</u>

**Alfredo Hernandez**
16352 NW 87 Court
Miami Lakes, FL 33018